**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO.:   5:04cr62/MCR

QUINN KIGHT

_____/

### ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the Defendant, QUINN KIGHT, to Counts I and III of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 22nd day of November, 2005.


                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**